IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN H. LAMONS, | No. C 15-04116 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| HEIDI M. LACKNER, Warden | |
| Respondent. | |

On September 10, 2015, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed In Forma Pauperis ("IFP"). On January 13, 2016, the Court denied Petitioner's IFP application and directed him to pay the filing fee within twenty-eight days or his case would be dismissed. (Docket No. 5.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

DATED: 2/18/2016

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.15\04116Lamons_dism-fee.wpd